IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendant.** | ) |

# COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant U.S. DEPARTMENT OF JUSTICE to comply with Plaintiffs' FOIA requests for records pertaining to Task Force KleptoCapture, which is "an interagency law enforcement task force dedicated to enforcing the sweeping sanctions, export restrictions, and economic countermeasures that the United States has imposed, along with allies and partners, in response to Russia's unprovoked military invasion of Ukraine."[1]  In violation of FOIA, Defendant DOJ has failed to issue a determination, has failed to produce records responsive to the requests, and has failed to provide estimated dates of completion for the requests.

---

[1] Press Release, Office of Public Affairs, Department of Justice, Attorney General Merrick B. Garland Announces Launch of Task Force KleptoCapture (Mar. 2, 2022), https://www.justice.gov/opa/pr/attorney-general-merrick-b-garland-announces-launch-task-force-kleptocapture.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JULY 12, 2022 FOIA REQUEST (TASK FORCE KLEPTOCAPTURE)

7. On July 12, 2022, Plaintiffs submitted a FOIA request to DOJ for the following records:

[1] A spreadsheet or similar document listing all assets, property and other material goods seized by Task Force KleptoCapture and the identifies of the individuals the property was seized from;

[2] A copy of Task Force KleptoCapture's budget and any letter, memo, or document memorializing budgetary requests for Task Force KleptoCapture;

[3] Copies of all receipts, travel tracking worksheets, receipts from government travel charge cards or other government travel charge cards, travel expenditures, submitted by any person assigned to the KleptoCapture Task Force;

[4] A spreadsheet or similar record documenting the list of personnel assigned to KleptoCapture Task Force;

- 3 -

[5] A spreadsheet or similar document memorializing the funds spent to date by the KleptoCapture Task Force;

[6] Any and all correspondence the KleptoCapture Task Force received by Senate or House congressional committees or members.

Ex. 1.

8. On August 4, 2022, DOJ acknowledged receipt of the request and assigned reference number FOIA-2022-01510 to the request.  Ex. 2.

9. DOJ also stated that the request "falls within unusual circumstances" pursuant to 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) and extended the response deadline "beyond the ten additional days provided by the statute." *Id.*

10. On August 25, 2022, Plaintiffs sought an estimated date of completion.  Ex. 3.

11. As of the date of this filing, DOJ has not issued a determination and has produced no records responsive to this request.  Nor has DOJ complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

**JULY 12, 2022 FOIA REQUEST (TASK FORCE KLEPTOCAPTURE & OFAC)**

12. On July 12, 2022, Plaintiffs submitted a FOIA request to DOJ for "[a]ll emails, text messages, letters, sent/received by personnel assigned to KleptoCapture Task Force to the Department of Treasury's Office of Intelligence & Analysis, Financial Crimes Enforcement Network and Office of Foreign Asset Control (OFAC) and Terrorism and Financial Intelligence" from March 2, 2022, to July 1, 2022, and "[a]ll calendar entries for Andrew Adams, the head of KleptoCapture Task Force, since March 2, 2022 relating to KleptoCapture Task Force official business."  Ex. 4.

13. On August 4, 2022, DOJ acknowledged receipt of the request and assigned reference number FOIA-2022-01511 to the request.  Ex. 5.

14. DOJ also stated that the request "falls within unusual circumstances" pursuant to 5 U.S.C. § 552 (a)(6)(B)(i)-(iii) and extended the response deadline "beyond the ten additional days provided by the statute." *Id.*

15. On August 25, 2022, Plaintiffs sought an estimated date of completion for the request. Ex. 3.

16. As of the date of this filing, DOJ has not issued a determination and has produced no records responsive to this request. Nor has DOJ complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

**COUNT I – JULY 12, 2022 FOIA REQUEST**
**(TASK FORCE KLEPTOCAPTURE),**
**DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

17. The above paragraphs are incorporated by reference.

18. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

19. Defendant DOJ is a federal agency subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT II – JULY 12, 2022 FOIA REQUEST**
**(TASK FORCE KLEPTOCAPTURE),**
**DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

22. The above paragraphs are incorporated by reference.

23. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

24. Defendant DOJ is a federal agency subject to FOIA.

25. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

26. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – JULY 12, 2022 FOIA REQUEST
### (TASK FORCE KLEPTOCAPTURE),
### DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

27. The above paragraphs are incorporated by reference.

28. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

29. Defendant DOJ is a federal agency subject to FOIA.

30. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31. DOJ has failed to produce records responsive to the request.

### COUNT IV – JULY 12, 2022 FOIA REQUEST
### (KLEPTOCAPTURE & OFAC),
### DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

32. The above paragraphs are incorporated by reference.

33. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

34. Defendant DOJ is a federal agency subject to FOIA.

35. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

36. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT V – JULY 12, 2022 FOIA REQUEST
(KLEPTOCAPTURE & OFAC),
DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

37. The above paragraphs are incorporated by reference.

38. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

39. Defendant DOJ is a federal agency subject to FOIA.

40. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

41. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

**COUNT VI – JULY 12, 2022 FOIA REQUEST
(KLEPTOCAPTURE & OFAC),
DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

42. The above paragraphs are incorporated by reference.

43. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

44. Defendant DOJ is a federal agency subject to FOIA.

45. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

46. DOJ has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

    i. declare that Defendant has violated FOIA;

    ii. order Defendant to conduct a reasonable search for records responsive to the requests;

iii. order Defendant to produce all non-exempt requested records or portions of records promptly;

iv. enjoin Defendant from withholding non-exempt public records under FOIA;

v. award Plaintiffs attorneys' fees and costs; and

vi. award such other relief the Court considers appropriate.

Dated:  September 1, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com